RECEIPT NUMBER
507674

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

54 Pgs.
Attach A-L

DEBORAH MALEWSKI,

Plaintiff,

v.

HANCOCK FABRICS, INC. and HANCOCK FABRICS OF MI, INC.;
DOLGENCORP, INC.; DOLLAR GENERAL STORE, LTD; and DOLLAR GENERAL CORPORATION;
JO-ANN STORES, INC.;
TONY HUNG, C.Y. HUNG;
A.C. MOORE ARTS & CRAFTS, INC. and A.C. MOORE, INC.;
CHRISTMAS TREE SHOPS, LLC;
WALGREEN COMPANY;
ABC DISTRIBUTING, LLC and ABC DISTRIBUTING, INC;
ORIENTAL TRADING COMPANY d/b/a TERRY'S VILLAGE;
CVS CORPORATION.; and
I & J, INC. d/b/a DOLLAR OR LESS,

Defendants.

_____/

**04-71828**

Case No.
Hon. DENISE PAGE HOOD
MAGISTRATE JUDGE CAPEL,

U.S. DIST. COURT CLERK
EAST. DIST. MICH.
DETROIT-PSG

'04 MAY 13 P5:00

FILED

DOUGLAS P. LALONE (P45741)
WARN HOFFMANN, MILLER & LALONE, PC
Attorneys for Plaintiff
691 N. Squirrel Road, Suite 140
Auburn Hills, MI  48326
Ph: (248) 364-4300
Fax: (248) 364-4285

_____/

## COMPLAINT AND JURY DEMAND

Plaintiff, DEBORAH MALEWSKI, by and through her attorneys, WARN,

HOFFMANN, MILLER & LALONE, P.C., complains and alleges as follows:

<u>PARTIES</u>

1.      Plaintiff, Deborah Malewski (**"Malewski"**), is an individual residing at 1308 Hall Street, Eaton Rapids, Michigan 48827.

2.      Malewski is in the business of creating artistic works.

3.      Upon information and belief, Defendants Hancock Fabrics, Inc. and Hancock Fabrics of MI, Inc. (collectively **"Hancock"**) are Delaware corporations, both having a principal address located at 3406 West Main Street, Tupelo, Mississippi 38801.  Defendants Hancock have15 stores located in the State of Michigan.

4.      Upon information and belief, Defendants Dollar General Store, Ltd, is a Kentucky partnership and Dollar General Corporation, is a Tennessee corporation, (collectively **"Dollar General"**) both having a principal address located at 100 Mission Ridge, Goodlettsville, Tennessee 37072.  Defendants Dollar General have 125 stores located in the State of Michigan.

5.      Upon information and belief, Defendant Dolgencorp, Inc. (**"Dolgencorp"**), is a Kentucky corporation, having a principle place of business at 100 Mission Ridge, Goodlettsville, Tennessee 37072.

6.      Upon information and belief, Defendant Jo-Ann Stores, Inc. (**"Jo-Ann Stores"**), is an Ohio corporation having a principle place of business at 5555 Darrow Road, Hudson, Ohio 44236.  Defendant Jo-Ann Stores has 55 stores located in the Michigan.

7.      Upon information and belief, Defendants Tony Hung/C.Y. Hung (collectively **"Hung"**), is a foreign entity with a principle place of business at 11th

2

Telford House, 16 Wang Hoi Road, Kowlon Bay, Hong Kong.  Defendants Hung sells products within this judicial district to Defendant Jo-Ann Stores.

8.      Upon information and belief, Defendants A.C. Moore Arts & Crafts, Inc. and A.C. Moore, Inc. (collectively **"A.C. Moore"**) are Pennsylvania corporations having a principal address located at 500 University Court, Blackwood, New Jersey 08012. Defendants A.C. Moore sell products within this judicial district, and operates the interactive website www.acmoore.com where products are offered for sale.

9.      Upon information and belief, Defendant Christmas Tree Shops, Inc., **("Christmas Tree Shops")** is a Massachusetts corporation, with a principal address located at 261 White's Path, S. Yarmouth, Massachusetts 02664. Defendant Christmas Tree Shops sells products within this judicial district, and operates the interactive website www.christmastreeshops.com where products and gift certificates are offered for sale.

10.      Upon information and belief, Defendant Walgreen Company **("Walgreens")** is an Illinois corporation, with a principal address located at 200 Wilmot Road, Deerfield, Illinois 60015.  Defendant Walgreens has 135 business locations in Michigan, including the metropolitan Detroit area.

11.      Upon information and belief, Defendants ABC Distributing, L.L.C. and ABC Distributing, Inc. **("ABC Distributing")** are Florida corporations, having a principal place of business located at 14445 NE 20 Lane, North Miami, Florida 33181. Defendants ABC Distributing have an interactive website at www.abcdistributing.com which allows for purchasing and shipping infringing products to this judicial district.

12.     Upon information and belief, Defendant Oriental Trading Company, d/b/a Terry's Village **("Oriental")**, is a Nebraska corporation with a principle address located at 4206 South 108th Street, Omaha, Nebraska.   Defendant Oriental sells products within this judicial district on its interactive website and its catalogs.

13.     Upon information and belief, Defendant CVS Corporation **("CVS")**, is a Delaware corporation with principal address located at One CVS Drive, Woonsocket, Rhode Island 02895.   Defendant CVS has over 230 stores in Michigan and conducts business within this judicial district.

14.     Upon information and belief, Defendants I & J, Inc. d/b/a Dollar Or Less **("Dollar Or Less")** is a Michigan corporation, having a place of business located at 1415 S. Main Street, Eaton Rapids, Michigan 48827.


JURISDICTION AND VENUE

15.     Plaintiff restates and incorporates herein by reference the allegations of Paragraphs 1 through 14 as though fully set forth herein.

16.     This is a civil action for federal copyright infringement under the Copyright Laws of the United States of America, 17 U.S.C. §101 *et. seq.*, federal unfair competition under the Lanham Act 15 U.S.C. §1125(a), unjust enrichment and unfair competition under the common law of the State of Michigan.

17.     This Court has subject matter jurisdiction based upon 28 U.S.C. §1338.

18.     Venue is proper in this judicial district pursuant to 28 U.S.C. §1391.

19.     This Court has subject matter jurisdiction under 28 U.S.C. §1332 because this is a civil action between diverse parties and the matter in controversy exceeds the jurisdictional amount of $75,000.

20.     This Court has supplemental jurisdiction over the state common law claims arising under the laws of the State of Michigan pursuant to 28 U.S.C. §1367.


## BACKGROUND

21.     Plaintiff restates and incorporates herein by reference the allegations of Paragraphs 1 through 20 as though fully set forth herein.

22.     Malewski is an artist and is in the business of creating artistic works, including a line of snowmen decorations that have been illustrated in the *Oh, Snow!* book dated 2001.  Excerpts from Plaintiff's book are attached as Exhibit A.

23.     The *Oh, Snow!* book illustrates Plaintiff's original and distinctly characterized snowmen depicted on various articles, each were created, authored, and painted by Plaintiff.  Plaintiff's snowmen have acquired secondary meaning.

24.     Plaintiff obtained United States Copyright Registration No. TX 5-664-040 dated October 31, 2002 entitled "Oh, Snow!"  Plaintiff is the sole owner of said registration.

25.     Plaintiff obtained United States Copyright Registration No. VA 1-229-177 dated February 25, 2004 entitled "Oh Snow!"  Plaintiff is the sole owner of said registration.

26.     At all times relevant to this action, Plaintiff has been and is the owner of all right, title and interest in United States Copyright Registration Nos. VA 1-229-177 and TX 5-664-040 ("Plaintiff's copyrights").  See copies attached as Exhibit B.

COUNT I

FEDERAL COPYRIGHT INFRINGEMENT (17 U.S.C. §501)

27.     Plaintiff restates and incorporates herein by reference the allegations of Paragraphs 1 through 26 as though fully set forth herein.

28.     Count I is an action by Plaintiff against Defendants alleging Federal Copyright Infringement of Plaintiff's United States Copyright Registration Nos. TX 5-664-040 entitled, "Oh, Snow!", and VA 1-229-177 entitled "Oh Snow!" in violation of 17 U.S.C. §501.

29.     Plaintiff's copyrighted "Oh Snow!" works contain original material that is copyrightable subject matter under the Copyright Laws of the United States.

30.     Upon information and belief, Defendants have reproduced, prepared derivative works, distributed copies of, promoted, sold, and offered for sale, illegal and unauthorized copies of Plaintiff's "Oh, Snow!" works and, thus, have infringed Plaintiff's copyrights.

31.     Defendants **Hancock** have infringed Plaintiff's copyrights and have advertised infringing products for sale in Hancock's advertising literature. See Exhibit **C** for Hancock's November 21, 2002 advertisements depicting infringing articles that depict Plaintiff's copyrighted expressions.

32.    Defendants **Dollar General and Dolgencorp** have infringed Plaintiff's copyrights and have advertised for sale infringing products, including, but not limited to, a three-piece bathroom set that prominently displays Plaintiff's "Oh, Snow!" expressions (Part No. 4 00006 251237 4).  See Exhibit **D** for a photograph of the accused products incorporating Plaintiff's copyrighted expressions.  Upon information and belief, many of Defendants' 6,113 stores in 27 states have sold one of more of the accused infringing products.

33.    Defendant **Jo-Ann Stores** has infringed Plaintiff's copyrights and has advertised infringing products illustrating Plaintiffs' copyrighted expressions.   For example, Jo-Ann Stores has sold, including, but not limited to, a letter holder for $19.99 (Item No. 614-0917); a Santa's Workbench line; a Tissue Box for $14.99 bearing "Starlight Starbright Keep My Snowflakes Safe Tonight" (Item No. 6140974); pencil holders and other infringing products bearing Plaintiff's copyrighted works.  See Exhibit **E** for the accused infringing Jo-Ann Stores products.

34.    Upon information and belief, Defendants **Hung** have infringed Plaintiff's copyrights and have contributed and vicariously infringed Plaintiff's copyrights and have induced the infringement of Defendant Jo-Ann Stores.

35.    Defendants **A.C. Moore** have infringed Plaintiff's copyrights and advertised for sale products illustrating Plaintiff's copyrighted works, including, but not limited to, for example, A.C. Moore's Part No. CYH140083X, which is snowmen hanging from the "Oh, Snow!" banner (4 08012 46868 Dept. 35).  See Exhibit **F** for an example of A.C. Moore's four snowmen attached to a banner as illustrated on the right, and Plaintiff's four snowmen shown on the left hand side secured to a wreath.

36.    Defendant **Christmas Tree Shops** has infringed Plaintiff's copyrights and has advertised for sale infringing products illustrating Plaintiff's copyrighted works.  For example, samples of some of Christmas Tree Shops' accused designs are attached as Exhibit **G** and include, but are not limited to, Oh, Snow! Snowmen Routed Heart - $1.99 [0-00013 402409 5]; Oh, Snow! Routed Heart Santa - $1.99 [0 00013 402409 5]; Its Snowtime wooden heart - $1.69 [12WL0Q63B and No. 0 00013 40719 3]; large Let it Snow sled - $6.99 [12WL0075B and 0 00013 40727 8]; small snow sled $2.99 [12WL0075A and 0 00013 40726 1]; Starlight, Starbright sign - $6.99 [622129036 and 0 00013 40254 9]; Starry Night Bird House - $2.50 [0 000 13 40721 6].

37.    Defendant **Walgreens** has infringed Plaintiff's copyrights and has advertised for sale products that infringed Plaintiff's copyrights, including, but not limited to, for example, Walgreens sells and distributes a large oval snowman entitled "Its Snowtime"; a ceramic plaque for $7.99 Part No. 83799 from the Cherished Home Collection (Part No. 8 34389 00760 8); a treat canister jar with the name "Its Snowtime Snowman" for $6.99 (Part No. 8 34389 00397 6); a ceramic tea-light holder for $1,99, Part No. 642118 (8 343890072 1); a scented ceramic jar candle, Part No. 642117 (8 34389 00777 6).  See Exhibit **H**, Walgreens' advertisements.  Walgreens has over 4,291 stores, of which 135 are located in the State of Michigan, each of which are believed to have sold one or more of the accused infringing products.

38.    Defendant **ABC Distributing** has infringed Plaintiff's copyrights, and has advertised for sale infringing products illustrating Plaintiff's copyrighted works of expression.  ABC Distributing is one of the nation's largest mail order gift companies and has an interactive website at www.abcdistributing.com which allows for purchasing

and shipping infringing products to this judicial district, including, but not limited to, for example, an infringing snowman for $4.95, Part No 248875, and possibly others. See Exhibit I, p. 521 of ABC Distributing's catalog.

39.    Defendant **Oriental** has infringed Plaintiff's copyrights and has reproduced and distributed for sale infringing products illustrating Plaintiff's works, including, but not limited to, for example, Painted Snowman Muffin Tin (Part No. 95/1547). This product was advertised for sale in Oriental's catalogs or on its interactive website in this judicial district. Attached as Exhibit **J** is an excerpt from Oriental's catalog and a printout from its website offering for sale the infringing product.

40.    Defendant **CVS** has infringed Plaintiff's copyrights, and has advertised for sale products that reproduce and distribute Plaintiff's copyrighted works, including, but not limited to, for example, CVS has distributed and sold a wooden bowl for $6.99 bearing Part No. 246 586. CVS is a nationwide corporation, and has over 390 stores within the State of Michigan. The accused product has been sold in one or more of these stores within the State of Michigan, and, possibly others nationwide. See Exhibit **K**, the infringing CVS product.

41.    Defendant **Dollar or Less**, has infringed Plaintiff's copyrights and has advertised for sale products illustrating Plaintiff's copyrighted expressions including, but not limited to, for example, a ceramic cup bearing "Its Snowtime!" - $1.00 [43055 30354 2], and possibly other products. See Exhibit **L.**

42.    On information and belief, the Defendants have had access to Plaintiff's copyrighted works and the accused products and materials are substantially similar to Plaintiff's works.

43.   On information and belief, the actions by Defendants are willful.

## COUNT II
### FEDERAL UNFAIR COMPETITION (15 U.S.C. §1125)

44.   Plaintiff restates and incorporates herein by reference the allegations of Paragraphs 1 through 43 as though fully set forth herein.

45.   Upon information and belief, Defendants have violated 15 U.S.C. §1125(a).

46.   Upon information and belief, Defendants have infringed Plaintiff's trade dress in her distinctive snowmen designs.

47.   Upon information and belief, Defendants' conduct has been deliberate, willful and intentional.

48.   Upon information and belief, Defendants use, in commerce, of the infringing products has damaged Plaintiff in an amount yet to be determined, but is believed to be in excess of $75,000.

49.   Upon information and belief, Defendants' activities are in direct contravention of Plaintiff's rights, making this an exceptional case as to warrant an award of attorney's fees under 15 U.S.C. §1117(a).

## COUNT III
### UNJUST ENRICHMENT

50.   Plaintiff restates and incorporates herein by reference the allegations of Paragraphs 1 through 49 as though fully set forth herein.

51.    Upon information and belief, Defendants have been unjustly enriched by infringing Plaintiff's copyrights and by unfairly competing against Plaintiff, all to the detriment of Plaintiff.

52.    Upon information and belief, the activities complained of herein have allowed Defendants to unjustly enrich themselves by deriving profits to which they are not entitled to and to usurp the benefits of Plaintiff's extensive development and creation of the copyrighted works.

53.    Upon information and belief, the activities constituting unjust enrichment by Defendants to the detriment of Plaintiff were deliberate, willful and intentional and that such activities were in direct contravention of Plaintiff's rights, making this an exceptional case to warrant an award of attorneys fees.


COUNT IV
COMMON LAW UNFAIR COMPETITION

54.    Plaintiff restates and incorporates herein by reference the allegations of Paragraphs 1 through 53 as though fully set forth herein.

55.    Upon information and belief, the activities referred to above have occurred in the State of Michigan and have resulted in activities directed toward customers within the State of Michigan, and constitute unfair competition by Defendants in violation of the common law of Michigan.

56.    Upon information and belief, the aforementioned activities constitute common law unfair competition by Defendants to the detriment of Plaintiff, and have

been deliberate, willful and intentional, making this an exceptional case as to warrant an award of attorney's fees.

PRAYER FOR RELIEF

Plaintiff asks this Court to:

1)      Enter judgment in its favor and against Defendants;

2)      Find that Defendants have infringed Plaintiff's copyrights in violation of 17 U.S.C. §501 and find Defendants' acts were willful;

3)      Award actual or statutory damages and/or Defendants' gross revenues for infringing Plaintiff's copyrights;

4)      Award Plaintiff the costs incurred in this action including an award of reasonable attorney's fees under 15 U.S.C. §1117 and 17 U.S.C. §505;

5)      Order destruction of all infringing articles under 17 U.S.C. §503;

6)      Find Defendants violated 15 U.S.C. §1125(a) and award damages under 15 U.S.C. §1117, and find that this is an exceptional case so as to award attorneys' fees and increased damages;

7)      Find Defendants copied Plaintiff's trade dress;

8)      Find Defendants have been unjustly enriched and award Plaintiff all damages and profits resulting therefrom;

9)      Find Defendants have unfairly competed in violation of the common law of the State of Michigan;

10)     Permanently enjoin Defendants from all future infringing acts that violate Plaintiff's rights; and

11.     Any other such relief as this Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff respectfully requests a trial by jury.

Respectfully submitted,

By: _____

Douglas P. LaLone (P45741)
Warn Hoffmann, Miller & LaLone, P.C.
Attorneys for Plaintiff
691 N. Squirrel Road, Suite 140
Auburn Hills, MI  48326
(248) 364-4300

## VERIFIED STATEMENT

I declare under the penalty of perjury that the above stated facts are true to the best of my knowledge and belief except as to those matters stated to be upon information and belief and, as to those matters, I believe them to be true.

Dated: _May 12, 2004_

By: _Deborah Malewski_

Deborah Malewski

A



A



Spoonful of Snow - page 39
Light Bulb Ornaments - page 9
Round Ornaments - page 6
Starry Night Birdhouse - page 11
Sgt. Snow - page 28

A



Round Ornaments - page 6
The Snow Bowl - page 40
Snow Buds - page 12

A



Winter Buddies - page 22
The Flakey Bunch - page 37
Oval Ornaments - page 35

A





Frosty Muffins - page 33
Snowy Greetings - page 21
Snowbuddies in a Can - page 38
Snow Buddies - page 13
Let It Snow Jar - page 31

A



Snowy Muffins - page 13
Round Ornaments - page 6
Oh, Snow - page 25
Snow Sampler - page 42

47

A



Snowflake Wreath - page 43

A



**CERTIFICATE OF REGISTRATION**

**SHORT FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

Register

**TX 5-664-040**

Effective Date of Registration

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

Application Received
OCT 31, 2002

Deposit Received
OCT 31, 2002

OFFICIAL SEAL

Examined By

Correspondence

Fee Received

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

| | | |
|---|---|---|
| **Title of This Work:**<br><br>Alternative title or title of larger work in which this work was published: | **1** | Oh, Snow! |
| **Name and Address of Author and Owner of the Copyright:**<br><br>Nationality or domicile:<br>Phone, fax, and email: | **2** | Deborah J. Malowski<br>1308 Hall St.<br>Eaton Rapids, MI  48827<br><br>Phone (517   ) 663-6432, 663-1209       Fax (      )<br>Email deborah@voyager.net |
| **Year of Creation:** | **3** | 2001 |
| **If work has been published, Date and Nation of Publication:** | **4** | a. Date July                              10        2001        *(Month, day, and year all required)*<br>                   Month                Day        Year<br>b. Nation |
| **Type of Authorship in This Work:**<br><br>Check all that this author created. | **5** | ☑ Text (includes fiction, nonfiction, poetry, computer programs, etc.)<br>☑ Illustrations<br>☐ Photographs<br>☑ Compilation of terms or data |
| **Signature:**<br><br>Registration cannot be completed without a signature. | **6** | *I certify that the statements made by me in this application are correct to the best of my knowledge.[2]* Check one:<br>☑ Author  ☐ Authorized agent<br><br>x *Deborah Malowski* |
| **Name and Address of Person to Contact for Rights and Permissions:**<br>Phone, fax, and email: | **7** | ☑ Check here if same as #2 above.<br><br>Phone (      )                              Fax (      )<br>Email |

| | | |
|---|---|---|
| **8**<br><br>Certificate will be mailed in window envelope to this address: | Name ▼<br>Deborah J. Malowski<br>Number/Street/Apt ▼<br>1308 Hall St.<br>City/State/ZIP ▼<br>Eaton Rapids, MI  48827 | **9** Deposit Account #_____<br>Name _____<br><br>_____<br><br>_____<br><br>DO NOT WRITE HERE      Page 1 of ____ pages |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—30,000      Web Rev: June 2002   ⊕ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

**B**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-229-177**



EFFECTIVE DATE OF REGISTRATION

02   25   04
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

Oh Snow!

NATURE OF THIS WORK ▼ See instructions

Painted Drawing/Sculpture/Photographs

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

NAME OF AUTHOR ▼

**a** Deb Malewski

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1955

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ USA
Domiciled in ___ }

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☑ 3 Dimensional sculpture
☑ 2 Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

Name of Author ▼

**b** Sharon & Gayle Publications

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
Domiciled in ___ USA }

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture
☐ 2 Dimensional artwork
☐ Reproduction of work of art
☐ Map
☑ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**3**

Year in Which Creation of This Work Was Completed
2001
Year ← in all cases
This information must be given ONLY if this work has been published.

Date and Nation of First Publication of This Particular Work
Complete this information
Month July    Day 10    Year 2001
U.S.A.    Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Deb Malewski 1308 Hall Street Eaton Rapids MI 48827

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

By Assignment

APPLICATION RECEIVED
**FEB 25 2004**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**FEB 25 2004**
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶
Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.
Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

**B**

<table>
<tr><td>EXAMINED BY</td><td>FORM VA</td></tr>
<tr><td>CHECKED BY</td><td></td></tr>
<tr><td>☐ CORRESPONDENCE<br>Yes</td><td>FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY</td></tr>
</table>

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

a  **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

b  **Material Added to This Work** Give a brief  general statement of the material that has been added to this work and in which copy   ght is claimed ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼        Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Deb Malewski
1308 Hall Street
Eaton Rapids  MI  48827

Area code and daytime telephone number    (517 ) 663 6432        Fax number   (     )

Email  deborah@voyager net

**CERTIFICATION\*** I  the undersigned  hereby certify that I am the

check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant  or owner of excl s e right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Deb Malewski        Date  December 31  2003

Handwritten signature (X) ▼

x  _Deborah Malewski_

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼<br>Deb Malewski | |
| --- | --- | --- |
| | Number/Street/Apt ▼<br>1308 Hall Street | |
| | City/State/ZIP ▼<br>Eaton Rapids  MI  48827 | |

Complete all necessary spaces
Sign your application in space 8

1  Application form
2  Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3  Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington D C  20559-6000

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

**B**





**Entire Stock"**

# Christmas Greenery, Ribbons, Trims, Decorations & Accessories

Hancock Fabrics' best selection ever. Christmas greenery, wreaths, trees, picks, ribbons, trims and candles. Plus choose from a variety of sculptured figurines including santas, snowmen, ornaments and more. Selections will vary between stores.

**Sale 40% off**

Regular Marked Price

**Defendant
Hancock Fabrics**

C





Defendant
Dollar General

D





E



F





G



G

G



Defendant
Christmas Tree Shops

Plaintiff
Deb Malewski

G



G



**Defendant
Walgreens**

# Save on holiday decorating ideas



### 7.99
### Choice of Holiday Decorations
• Character Wooden Wreath, 18 in. • Character Wall Decoration, 24 in.
• Ceramic or Glass Wall Decoration, 10 in. • Traditional Wreath, 18 in.

**99¢ GREAT PRICE!**
**Wellington Square Village Houses and Accessories**
Create your own village.
Choice of styles.



**Get 1**
**FREE**
...le Plate, 6 in.
...de Pillar
...n. Limit 4
2/$1.99

Sale priced!
Reg. $1.99
...rations
...ndles, 4 in. • 2 pack
...per candles, 10 in.
...ndles.



**WOW ONLY 99¢**
**Holiday Potpourri, 1.75 qt.**
Choice of holiday fragrances.



Buy 1 at $4.99 Get 1
**FREE**
**Value Pack Candles**
• 24 pack Votive • 15 pack Formal, 10 in. • 6 pack Party Votives with Glass Holders
Sale priced! 2/$4.99



### 4.99 Tea lights sold separately
**Choice of Candle Holders**
• Snowflake or Snowman Tea Light Candle Holder
• Snowflake Pillar Candle with Holder



**COUPON**
Buy 1 at 69¢ Get 1
**FREE**
...aper Candle Ring, 1 in.
Limit 6
2/69¢





### 4.99 Sale priced! Reg. $5.99
**Gibson Mega Match Lighter**



**99¢** Candle sold separately
**Glass Votive Candle Holder**
Choice of designs.



**7 DAY COUPON**
Buy 1 at $1.49 Get 1
**FREE**
**20 Pack Incense**
Includes Bayberry, Cinnamon and Pine.
Limit 6
2/$1.49

**H**



**New Holiday Design!**

KITCHEN Equipment

**99** Sale priced! REG. $5.99
...en Towel Set
...apkins with Caddy

**2/$10**
**Holiday Stoneware**
• 6 piece Tabletop Set • Serving Bowl, 10 in.
• Serving Platter, 14 in. • 5 piece Accessory Set

**9.99** Sale priced! REG. $12.99
**16 Piece Holiday Stoneware Dinnerware Set**
Includes 4 dinner plates, 4 bowls,
4 salad plates and 4 mugs.

Sale priced! REG. $1.29, $1.69
...oliday Mug
...stic Mug with Straw
...0 oz.

**2.99 Your Choice**
• Ceramic Salt and Pepper Shaker Set
• 4 piece Spreader Set

Get 2nd for 1¢ More!
**/170**
...are Mug, 11 oz.
...ale priced!

**3.99** Ceramic Serving Tray
Snowman or reindeer.

*Assorted designs*
**6.99** Holiday Cer...ic
Teapot, Jar ... Mug
and Saucer ...et

Walgreens Sale 12/8 thru 12/14/02
**I♥7 DAY COUPON**
Buy 1 at 39¢,
Get 2nd for 1¢ More!
**2/40¢**
Holiday Mini
Plastic Tray, 5 in.
Limit 8
0 00000 01228 5

Walgreens Sale 12/8 thru 12/14/02
**I♥7 DAY COUPON**
Buy 1 at 39¢,
Get 2nd for 1¢ More!
**2/40¢**
Dessert Cup,
2 in.
Choice of colors.
Limit 8
Contents sold separately.
0 00000 01229 2

Walgreens Sale 12/8 thru 12/14/02
**I♥7 DAY COUPON**
Buy 1 at 29¢,
Get 2nd for 1¢ More!
**2/30¢**
Plastic Holiday
Tumbler, 12 oz.
Choice of designs.
Limit 10
0 00000 01230 8

Walgreens Sale 12/8 thru 12/14/02
**I♥7 DAY COUPON**
Buy 1 at 69¢,
Get 2nd for 1¢ More!
**2/70¢**
Holiday Decor
Vinyl Placemat
Choice of designs.
Limit 8
0 00000 01231 5

Make Walgreens Your Sto... . Online, Day or Night ® Walgreens.com

**Defendant Walgreens**

**H**

## Defendant Walgreens





**WOW ONLY 1.99**

Selection may vary by store

**WOW ONLY 99¢**

### Choice of Holiday Accessories or Candles
• Floating Mini Taper Candle Set, 6 in. • Ceramic Tea Light Holder
• Ceramic Candle Filled Jar • Taper Candle Holder
• Whimsical Trinket Box, 4 in. • Wall Plaque, 5 in. • Shelf Sitters, 6 in.
• Plush Snowman, 8 in. • Mini Nutcracker, 5 in.

### Choice of Holiday Gift Ideas
• Polyresin or Stocking Figurines, 4 in. • Whimsical Sno
• Candle Filled Ceramic • Glass Snowflake Tea Li
• Tea Light Candle Figure • Glass Angel Ca



**3/$2** Sale priced! Reg. 99¢

**Mini Silver Plated Basket**
Choice of styles.



**3/$2** Sale priced! Reg. 99¢

**Holiday Oven Mitt or Kitchen Towel**
Choice of designs.



**99¢**

**Holiday Ceramic Canister, 4.5 in.**



**1.9**

**Decorati or Holide Dispense**



**7 DAY COUPON**

Buy 1 at 39¢
Get 2nd for 1¢ more!

**2/40¢**

**Holiday Mini Plastic Tray**
Approximately 9x6 in.
Limit 4




00000 01532

**7 DAY COUPON**

Buy 1 at 79¢
Get 2nd for 1¢ more!

**2/80¢**

**Holiday Potholder, 8x8 in.**
Choice of designs.
Limit 4




00000 01533

**7 DAY COUPON**

Buy 1 at 69¢
Get 2nd for 1¢ more!

**2/70¢**

**Holiday Mini Tin Container, 4 in.**
Choice of designs.
Limit 4




00000 01534

**7 DAY**



H





**Defendant
ABC Distributing**



**Defendant**
**Oriental Trading**
**d/b/a**
**Terry's Village**

## SAVE UP TO 62%!

**800-200-4400 • www.terrysvillage.com**

**SALE**



**"Bettina" and the Snow Baby**
Made of cotton with yarn hair and
stitched accents. For decorative use
only. 17¼"H x 7½"W.
JM-91/3443 $9.95
Now $5.99 each



**Snowman Shelf Sitter**
Made of peppermint red and white
fabric with faux greenery for arms.
14"H x 5½"W x 2¼"D.
JM-95/1727 $9.95
Now $4.99 each



**Holiday Character**
**Ornaments**
Made of ceramic pots with
dangling legs, twine and fabric
accents. 3½"H x 2" diameter.
JM-95/1747 $7.95
Now $2.99 set of six



**Holiday Popcorn Cartons**
Set includes four tapered cardboard cartons,
each with a ribbon, a gift enclosure and a
recipe card for Maple Walnut, Tex-Mex, Pizza,
and Caramel Pecan popcorn. Popcorn not
included. Cartons, 6¼"H x 4"W x 4"D.
JM-95/1782 $7.95
Now $4.99 set of four



**Snowman "Welcome" Sign**
Made of layered wood, accented with fabric
and faux greenery. 10½"H x 17½"W x 7"D.
JM-95/1735 $19.95 Now $9.99 each



**Standing**
**Reindeer with**
**Light-Up**
**Wreath**
Encircled by a
wreath, this festive
reindeer is trimmed
for the holidays.
Made of wood.
Assembly required.
UL-listed cord.
36¼"H x 14¼"W.
JM-95/1951
$12.99 Now
$11.99 each



**SAVE 49%**

**Painted**
**Snowman**
**Muffin Tin**
Featuring a half
dozen happy faces, our
hand-painted muffin tin
is sure to give your spirits
a lift. For decorative use
only. 10½"H x 7"W.
JM-95/1547 $9.95
Now $4.99 each



**Stoneware**
**Snowman Crock**
Featuring a cute
hand-painted design,
this crock has a charming
country look. Hand
washing recommended.
4½"H x 5½" diameter.
JM-95/1318 $5.95
Now $4.99 each

**Christmas Tree**
**Snowman and**
**Ornaments**
Made of felt. Snowman,
15½"H; ornaments, 5"H.
JM-95/1266 Snowman
$14.95 Now
$9.99 each
JM-95/1269 Ornaments
$7.95 Now
$5.99 set of three





**SAVE 53%**

**Candy Checkered**
**Snowman**
Detailed with a checked
cap and scarf. Made of
felt with plush accents.
For decorative use only.
17"H x 11½"W x 3½"D.
JM-95/1718
$14.95 Now
$6.99 each

**SAVE 62%**

**7**

**J**

·Terrys Village                                                                Page 1 of 1

## TerrysVillage.com

Home | Catalog Quick Order | Product Index | Track Orders | Request A Catalog | Customer Service | Shopping

SEARCH:

[                    ] Go                                                      < Back

Use our online order form
to order from your catalog.

**SALE**

**Themes**

Americana
Country Farm
Autumn & Winter
Family & Friends
"Heaven Sent"
Lodge
Spring & Summer
More Themes

**For The Home**

Bathroom & Laundry
Bedroom
Garden
Kitchen
Home Accents

**Holidays**

Valentine's & St. Pat's
Easter
Halloween
Thanksgiving
Christmas
Special Occasions



Item Number: IN-95/1547

**PAINTED SNOWMAN MUFFIN
TIN**
Add a homey touch to your kitchen's
decor with our hand-painted muffin
tin. Featuring a half dozen happy
faces, it's sure to give your spirits a
lift. For decorative use only. 10 1/2"L
x 7"W.

**$5.99**                    Piece

Quantity [        ]      Add to Bag

Tell-a-Friend

Home   Catalog Quick Order   Product Index   Track Orders   Request A Catalog   Customer Service   Shopping Bag
Security   Affiliates   Verision   Better Business Bureau
©2003 Terry's Village All Rights Reserved. 1-800-876-5822

**Defendant
Oriental Trading
d/b/a
Terry's Village**

J

