**CASE CLOSED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

DEBORAH MALEWSKI,

        Plaintiff,

        Case No. 04-71828
        Hon. Judge Denise Page Hood

v.

HANCOCK FABRICS, INC. and HANCOCK FABRICS OF MI, INC.;
DOLGENCORP, INC.; DOLLAR GENERAL STORE, LTD; and DOLLAR GENERAL CORPORATION;
JO-ANN STORES, INC.;
TONY HUNG, C.Y. HUNG;
A.C. MOORE ARTS & CRAFTS, INC. and A.C. MOORE, INC.;
CHRISTMAS TREE SHOPS, LLC;
WALGREEN COMPANY;
ABC DISTRIBUTING, LLC and ABC DISTRIBUTING, INC;
ORIENTAL TRADING COMPANY d/b/a TERRY'S VILLAGE;
CVS CORPORATION.; and
I & J, INC. d/b/a DOLLAR OR LESS,

        Defendants.



_____/

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS DOLGENCORP, INC., DOLLAR GENERAL STORE, LTD, AND DOLLAR GENERAL CORPORATION

This matter has come before this Court on the representation that the plaintiff Deborah Malewski ("Malewski") on the one hand and the defendants, Dolgencorp, Inc., Dollar General Store, Ltd., and Dollar General Corporation on the other hand, have agreed to a compromised settlement of all claims relating to the civil action and have requested that those claims be dismissed with prejudice as settled with each party to bear its own costs and expenses.

WHEREFORE, with the consent of the parties, plaintiff Malewski and defendants, Dolgencorp, Inc., Dollar General Store, Ltd, and Dollar General Corporation,

IT IS HEREBY ORDERED THAT all claims asserted by Plaintiff Malewski against defendants Dolgencorp, Inc., Dollar General Store, Ltd, and Dollar General Corporation are hereby DISMISSED WITH PREJUDICE and each party shall bear its own costs and expenses.

IT IS SO ORDERED.

*[signature]*
Honorable Judge Denise Page Hood
United States District Court Judge

Dated: **JAN 3 1 2005**

AGREED TO:

*[signature]*
Douglas P. LaLone (P45741)
Warn, Hoffmann, Miller & LaLone, P.C.
691 North Squirrel Road, Suite 140
Auburn Hills, Michigan 48326
(248) 364-4300
*Attorneys for Plaintiff, Deborah Malewski*

Dated: 1/26/2005

*[signature] Louis Theros (by JMB w/ express permission)*
Louis Theros (P42970)
DICKINSON, WRIGHT PLLC
500 Woodward Avenue
Suite 4000
Detroit, MI 48226
Phone: 313-223-3500

*Counsel for Dolgencorp, Inc., Dollar General Store, Ltd. and Dollar General Corporation*

John M. Bowler
TROUTMAN SANDERS LLP
600 Peachtree St., N.E.
Suite 5200
Atlanta, GA 30308-2216
Phone: 404-885-3190

*Co-counsel for Dolgencorp, Inc., Dollar General Store, Ltd. and Dollar General Corporation*

Dated: 01/25/05